# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| DATA MANAGEMENT, INC., | § | |
| Plaintiff, | § § § | |
| v. | § | NO. 3:07-CV-0966-O |
| CONTROL MODULE, INC., | § § § | |
| Defendant. | § | |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

United States Magistrate Judge William F. Sanderson, Jr., made findings, conclusions and a recommendation in this case. Plaintiff filed objections, and the District Court has made a *de novo* review of those portions of the proposed findings and recommendation to which objection was made. The objections are overruled, and the Court accepts the Findings, Conclusions and Recommendation of the United States Magistrate Judge.

IT IS ORDERED that Defendant Control Module, Inc.'s motion to transfer or, alternatively, to dismissed is DENIED

**SO ORDERED** on this **18th** day of **February, 2009.**

_____
**Reed O'Connor**
**UNITED STATES DISTRICT JUDGE**